THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR17-183RAJ |
| Plaintiff, | ) | |
| v. | ) ) ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE LORI ANDREW'S REPORTING DATE |
| LORI LYNN ANDREW, | ) | |
| Defendant. | ) ) | |

THE COURT has considered the unopposed motion to continue Lori Andrew's reporting date and all the records in this case, and finding good cause,

IT IS NOW ORDERED that Defendant's Motion (Dkt. #32) is GRANTED. Defendant Lori Andrew must self-surrender no later than 10:00 a.m. on October 10, 2018, at the FDC SeaTac, located at 2425 S. 200th Street, Seattle, WA 98198.

DATED this 10th day of September, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO CONTINUE
REPORTING DATE
(*United States v. Andrew*, CR17-183RAJ ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**