THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR17-183RAJ |
| Plaintiff, ) | |
| v. ) | AMENDED ORDER GRANTING UNOPPOSED MOTION TO CONTINUE LORI ANDREW'S REPORTING DATE |
| LORI LYNN ANDREW, ) | |
| Defendant. ) | |

THE COURT has considered the unopposed motion to continue Lori Andrew's reporting date and all the records in this case.

IT IS NOW ORDERED that Lori Andrew must self-surrender no later than 10:00 a.m. on October 10, 2018, at the FCI Dublin Satellite Camp, at 5701 8th Street – Camp Parks, Dublin, California 94568.

DATED this 13th day of September, 2018.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

AMENDED ORDER TO CONTINUE
REPORTING DATE
(*United States v. Andrew*, CR17-183RAJ ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**